UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MARCUS INGRAM, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:20-CV-4415-SDG |
| SHEPHERD CONSTRUCTION CO.<br>A Domestic Company | : |
| Defendant. | : |
| _____/ | |

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that the Parties to this action have reached an agreement regarding all disputed issues in this case.  The Parties are in the process of finalizing the settlement.  Plaintiff anticipates filing a Notice of Dismissal with Prejudice following the finalizing of the settlement, which Plaintiff anticipates will be within fourteen (14) days of this Notice of Settlement.

Plaintiff requests that the Court adjourn all upcoming deadlines while the Parties finalize this settlement.

Respectfully Submitted,

By: /s/ *Pete M. Monismith*
Pete M. Monismith
Georgia Bar 941228
Attorney for Plaintiff
3945 Forbes Ave., #175
Pittsburgh, PA 15213
(tel) 724-610-1881
(fax) 412-258-1309
pete@monismithlaw.com

**Font Certification**

I certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ Pete Monismith
Pete Monismith