**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MARCUS INGRAM, Individually,<br><br>   Plaintiff,<br><br>                v.<br><br>SHEPHERD CONSTRUCTION CO., A Domestic Company,<br><br>   Defendant. | Civil Action No.<br>1:20-cv-04415-SDG |

## ORDER

The parties have filed a Notice of Settlement [ECF 8], informing the Court that the parties have reached a settlement and will present dismissal documents once the paperwork has been finalized. Therefore, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. This closure is not a dismissal and does not preclude the filing of documents. The case may be re-opened if necessary. The parties are **ORDERED** to file documents to dispose of the case within **60 days** of the date of this Order. Absent an extension of that deadline or further order of the Court, if no request to reopen the case is made within 60 days, the case will be considered **DISMISSED WITH PREJUDICE** at that time.

Signed this the 11th day of January 2021.

Steven D. Grimberg
United States District Court Judge