UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MARCUS INGRAM, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:20-CV-4415-SDG |
| SHEPHERD CONSTRUCTION CO.<br>A Domestic Company | : |
| Defendant. | : |
| _____/ | |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Marcus Ingram, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this action with prejudice.

Dated: January 19, 2021.

Respectfully Submitted,

By: */s/ Pete M. Monismith*
Pete M. Monismith
Georgia Bar 941228
Attorney for Plaintiff
3945 Forbes Ave., #175
Pittsburgh, PA 15213
(tel) 724-610-1881
(fax) 412-258-1309
pete@monismithlaw.com

1

**Font Certification**

I certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ Pete Monismith<br>
Pete Monismith